IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY PENNINGTON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:19-cv-695-MHT-SMD |
| HAL TAYLOR, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants Hal Taylor, John Q. Hamm, Charles Ward, and Steve Marshall, sued in their official capacities, hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss all claims asserted against them in Plaintiffs' First Amended Complaint (doc. 12) on the following grounds:

1. Plaintiffs lack standing to challenge any provision of the Alabama Sex Offender Registration and Community Notification Act ("ASORCNA") other than:

    a. their classification as adult sex offenders based on their criminal convictions under §§ 15-20A-3(a), (b);

    b. the limitation of relief from ASORCNA's requirements available to Pennington and Nicholes to only that in § 15-20A-23;

    c. the relief from ASORCNA's requirements available to Stevens in §§ 15-20A-23 to 25;

    d. the registration requirements, including quarterly in-person registration and the corresponding registration fee in §§ 15-20A-7, 10, 22;

    e. community notification of Plaintiffs' sex offender status and their inclusion on ALEA's internet sex offender registry in §§ 15-20A-8, 21; and

    f. some portions of the restrictions on residence locations in § 15-20A-11.

    For all other provisions of ASORCNA, Plaintiffs fail to allege the elements of standing.

2. Defendant Charles Ward is entitled to Eleventh Amendment immunity because Plaintiffs make no allegations of injuries resulting from the sex offender identification requirement they allege he enforces.

3. Plaintiffs' claims are barred by the statute of limitations because the face of their amended complaint (supported by judicially noticeable records) conclusively establishes they knew or should have known they were subject to ASORCNA's requirements as of its effective date of July 1, 2011.

4. Plaintiffs fail to state a claim upon which relief can be granted on the merits for each cause of action.

5. In addition to failing to state a claim, Plaintiffs' Sixth Cause of Action for the alleged violation of their right to reputation under the Alabama Constitution of 1901 is barred by Eleventh Amendment immunity.

In support of this motion, Defendants submit a brief that will be filed separately and the following exhibits:

1. Court records related to Plaintiff Randy Pennington as **Exhibit 1**.
2. Plaintiff Randy Pennington's sex offender registration information as **Exhibit 2**.
3. Court records related to Plaintiff Herbert Stevens as **Exhibit 3**.
4. Alabama SJIS Case Detail related to Herbert Stevens obtained from Alacourt as **Exhibit 4**.
5. Court records related to Plaintiff Oliver Nicholes as **Exhibit 5**.
6. Plaintiff Oliver Nicholes's sex offender registration information as **Exhibit 6**.

Respectfully submitted,

Steve Marshall,
  *Attorney General*

*s/* Brad A. Chynoweth
Brad A. Chynoweth (ASB-0030-S63K)
  *Assistant Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
Brad.Chynoweth@AlabamaAG.gov

***Counsel for Defendants Hal Taylor, John Hamm, Charles Ward, and Steve Marshall***

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ebony Howard
Jonathan Barry-Blocker
Lynnette Miner
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Fax:	(334) 956-8481
ebony.howard@splcenter.org
jonathan.blocker@splcenter.org
lynnette.miner@splcenter.org

Lisa Graybill
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (504) 486-8982
Fax:	(504) 486-8947
lisa.graybill@splcenter
*Admitted pro hac vice*

Marsha Levick
Riya Saha Shah
JUVENILE LAW CENTER
The Philadelphia Building
1315 Walnut Street, Suite 400
Philadelphia, Pennsylvania 19107
Telephone: (215) 625-0551
Fax:	(215) 625-2808
mlevick@jlc.org
rshah@jlc.org
*Admitted pro hac vice*

				*/s* Brad A. Chynoweth
				Counsel for Defendants