# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

RANDY PENNINGTON, HERBERT STEVENS, & OLIVER NICHOLES,

   Plaintiffs,

vs.

HAL TAYLOR, Secretary of Alabama Law Enforcement Agency; JOHN Q. HAMM, Director of State Bureau of Investigation; CHARLES WARD, Director of Department of Public Safety; and STEVE MARSHALL, Attorney General of Alabama, all in their official capacities.

   Defendants.

Civil Action: No. 2:19-cv-00695-MHT-JTA

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.1(f) Attorney Susanne Cordner respectfully moves this Court to withdraw as counsel for Plaintiffs and Plaintiff class members in this action. In support of this motion, the undersigned states as follows:

1. As of August 12, 2022, Susanne Cordner will no longer be affiliated with the Southern Poverty Law Center and will no longer be handling cases on behalf of the law firm. The Southern Poverty Law Center and associated attorneys will continue to represent the Plaintiffs.

1

2.     The undersigned is unaware of any prejudice to the rights and interests of any other parties occasioned thereby.

Dated: August 11, 2022                         Respectfully Submitted,

*/s/ Susanne Cordner*
Susanne Cordner
One of the Attorneys for the Plaintiffs

Ashley N. Light
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org

Marsha Levick* (PA22535)
Riya Saha Shah* (PA200644)
JUVENILE LAW CENTER
The Philadelphia Building
1315 Walnut Street, Suite 400
Philadelphia, Pennsylvania 19107
Telephone: (215) 625-0551
Facsimile:  (215) 625-2808
mlevick@jlc.org rshah@jlc.org

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of August, 2022, filed the foregoing with the clerk of the court and electronically served the following:

Misty S. Fairbanks Messick
Brenton M. Smith  Assistant
Attorney General
Office of the Attorney General 501
Washington Avenue
Post Office Box 300152
Montgomery, AL  36130-0152
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

      /s/ Susanne Cordner
      One of the Attorneys for Plaintiffs