IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RANDY PENNINGTON, et al.,** )<br>)<br>  Plaintiffs,                    )<br>                                )<br>    v.                          )<br>                                )<br>**HAL TAYLOR, Secretary of**    )<br>**Alabama Law Enforcement**     )<br>**Agency, et al., all in**      )<br>**their official capacities,**  )<br>                                )<br>  Defendants.                   ) | CIVIL ACTION NO.<br>2:19cv695-MHT<br>(WO) |

### ORDER

Upon consideration of plaintiffs' unopposed motion to dismiss Oliver Nicholes as a plaintiff (Doc. 50), it is ORDERED that the motion is granted, plaintiff Nicholes's claims are dismissed without prejudice, and he is terminated as a party to this action.

This case is not closed.

DONE, this the 28th day of December, 2022.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**