UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2023 FEB -9  A 10: 50
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RANDY PENNINGTON AND
HERBERT STEVENS,

　　　　Plaintiffs,

v.

HAL TAYLOR, in his official capacity
as Secretary of the Alabama Law
Enforcement Agency, *et al.*,

　　　　Defendants.

Civil Action No. 2:19-cv-695-MHT-JTA

## MOTION FOR ADMISSION *PRO HAC VICE* OF REBECCA R. RAMASWAMY

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the United States District Court for the Middle District of Alabama, I, Rebecca R. Ramaswamy, move the Court for permission to appear *pro hac vice* on behalf of the Plaintiffs in the above-captioned case only. In support, I state as follows:

1. I am not admitted to practice in the District Court for the Middle District of Alabama. I regularly practice law in the state of Louisiana.

2. I recently became an employee of the Southern Poverty Law Center, 400 Washington Avenue, Montgomery, Alabama 36104, (334) 956-8200, and I will be seeking admission to the Alabama Bar this year.

3. I agree to submit and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the Court in connection with my *pro hac vice* representation in this case.

1

2

4. Contemporaneously with this motion, I have made payment of the Court's $75 admission fee.

5. My Certificate of Good Standing from the United States District Court for the Middle District of Louisiana is attached hereto as Exhibit A.

WHEREFORE, I respectfully move this Court for permission to appear *pro hac vice* on behalf of the Plaintiffs in this case.

Rebecca R. Ramaswamy (La. Bar No. 39524)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
rebecca.ramaswamy@splcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I mailed the foregoing to the Clerk of the Court to be filed electronically and served upon the following:

Brenton Merrill Smith
Misty Shawn Fairbanks Messick
Office of the Attorney General
501 Washington A venue
Post Office Box 300152
Montgomery, AL 36130-0152
Telephone: 334-353-8674
Facsimile: 334-353-8400
Brenton.Smith@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov

/s/ Rebecca R. Ramaswamy (La. Bar No. 39524)