IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RANDY PENNINGTON and        )
HERBERT STEVENS,            )
                            )
     Plaintiffs,            )
                            )
     v.                     )
                            )     CIVIL ACTION NO.
HAL TAYLOR, in his          )       2:19cv695-MHT
official capacity as        )           (WO)
Secretary of the Alabama    )
Law Enforcement Agency,     )
et al.,                     )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants' motion to dismiss (Doc. 13) is granted.

(2) All of plaintiffs' claims, to the extent the court rejected them (in whole or in part) based on sovereign immunity or lack of standing, are dismissed without prejudice to that extent; the remainder of the litigation is dismissed with prejudice.

    (3) The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules for Civil Procedure.

    (4) Costs are taxed against plaintiffs, for which execution may issue.

    This case is closed.

    DONE, this the 31st day of March, 2025.

                                    /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**